No. 11–5331. BROWN v. CLEVELAND MUNICIPAL SCHOOL DISTRICT, AKA CLEVELAND METROPOLITAN SCHOOL DISTRICT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5332. NORVELL v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–5333. MORRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5334. RODRIGUEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–5335. SHAH, AKA LINDSEY v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 11–5336. SEARCY v. CULHANE ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5337. FINZE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5338. WASHINGTON v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5340. SAHIBI v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5341. ELIZONDO-RAMOS, AKA ELIZONDO, AKA FRANCISCO ELIZONDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5344. CARR v. H. O. P. E. COMMUNITY SERVICE, INC. C. A. 4th Cir. Certiorari denied.

No. 11–5345. CEPHAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5346. SHIPLEY v. WOOLRICH, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–5347. WASHINGTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5348. WATKINS v. HAYNES, WARDEN. C. A. 11th Cir. Certiorari denied.